AO 450 (SCD 04/2010) Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Mike H Samadi and Helen Samadi, a/k/a Helen Samadi Diamond,
*Plaintiffs*
v.

Commissioner of Internal Revenue Service, The IRS; United States,
*Defendants*

Civil Action No. 3:16-cv-00562-DCC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the plaintiff, Mike H. Samadi , shall take nothing of the defendants; Commissioner of Internal Revenue Service and United States, as to the complaint filed pursuant to 26 U.S.C. 7422 and this action is dismissed.

■ other: the plaintiff, Helen Samadi, shall take nothing of the defendants; Commissioner of Internal Revenue Service and United States, from the complaint filed pursuant to 26 U.S.C. 7422 and this action is dismissed with prejudice.

This action was *(check one)*:

■ Decided by the Honorable Margaret B. Seymour, United States Senior District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended granting defendants' motion to dismiss as to plaintiff Mike H. Samadi.

■ Decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended granting defendants' motion fir sanctions and dismissing the complaint with prejudice as to plaintiff Helen Samadi.

Date: May 8, 2018

*ROBIN L. BLUME, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*